

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| JOHNNY JOSEPH GREEN<br>    FED. REG. #11870-035 | CIVIL ACTION NO. 1:10-cv-0300 |
| | SECTION P |
| VS. | |
| | JUDGE DEE D. DRELL |
| MARINA MEDINA, WARDEN | MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of *Habeas Corpus* be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this ___6th___ day of ~~June,~~ July, 2010.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE